958

No. 91–1722.  BARROW v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 91–1734.  BERRIDGE ET UX. v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 91–1764.  CUDA ET UX. v. UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 91–5465.  PATTAN v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 91–7274.  WILLIAMS v. UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 91–7316.  MARTINI v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 91–7500.  MCGEARY v. UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 91–7530.  REVELS v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 91–7545.  NAGI v. UNITED STATES; and
No. 91–7564.  BARASH v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.  Reported below: 947 F. 2d 211.

No. 91–7546.  RYAN v. UNITED STATES DEPARTMENT OF JUSTICE.  C. A. 7th Cir.  Certiorari denied.

No. 91–7555.  KITCHENS v. TEXAS.  Ct. Crim. App. Tex.  Certiorari denied.

No. 91–7569.  DAMRON v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 91–7593.  EDGAR v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 91–7603.  BENTSON v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 91–7766.  HALL v. TURNAGE, FORMER ADMINISTRATOR OF VETERANS ADMINISTRATION.  C. A. 6th Cir.  Certiorari denied.